DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CELIA SALLY MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00288 OWW |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| CELIA SALLY MEZA, | |
| Defendant. | Hon. Oliver W. Wanger |

     Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives her right to be personally present in open court upon the hearing of any non-substantive pretrial proceeding in this case.

     Defendant hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. She agrees that her interests shall be represented at all times by the

///
///
///
///
///
///
///

presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

DATED: September __11__, 2006

                                               /s/  Celia Sally Meza
                                             CELIA SALLY MEZA, Defendant

                                             /s/  Ann H. Voris
                                             ANN H. VORIS
                                             Assistant Federal Defender
                                             Attorney for Defendant

# **O R D E R**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   September 12, 2006**           /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE