```
McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>CELIA SALLY MEZA,             )<br>                              )<br>          Defendant.          )<br>_____) | 1:06-cr-00288 OWW<br><br>GOVERNMENT'S MOTION FOR<br>DISMISSAL OF INDICTMENT, AND<br>ORDER THEREON. |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against the above-named defendant in the interest of justice.

DATED: March 14, 2007                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By/s/Dawrence W. Rice, Jr.
                                           DAWRENCE W. RICE, JR.
                                         Assistant U.S. Attorney

///

///

///

///

1

## **ORDER**

IT IS ORDERED that the Indictment in 1:06-cr-00288 OWW against only the above-named defendant be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 15, 2007**            /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE