```
McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00288 OWW |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR |
| | ) | DISMISSAL OF INDICTMENT, AND |
| v. | ) | ORDER THEREON. |
| | ) | |
| CELIA SALLY MEZA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against the above-named defendant in the interest of justice.

DATED: March 14, 2007            Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                                 By/s/Dawrence W. Rice, Jr.
                                   DAWRENCE W. RICE, JR.
                                 Assistant U.S. Attorney

///

///

///

///

1

1 **ORDER**

2     IT IS ORDERED that the Indictment in 1:06-cr-00288 OWW
3 against only the above-named defendant be dismissed in the
4 interest of justice.
5 IT IS SO ORDERED.

6 **Dated:   March 15, 2007**              /s/ Oliver W. Wanger
   emm0d6                                  UNITED STATES DISTRICT JUDGE

2